UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY CARTER,
    Plaintiff,

v.

THOMAS DURANT,
    Defendant.

No. 3:21-cv-185 (SRU)

**VERDICT FORM**

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
September 25, 2024
Dinah Milton Kinney, Clerk
By: Julie
Deputy Clerk

We, the jury, unanimously find as follows:

Eighth Amendment Claim:

1. Has the plaintiff, Anthony Carter, proven by a preponderance of the evidence that the defendant, Thomas Durant, violated his Eighth Amendment rights by being deliberately indifferent to a substantial risk of serious harm?

    Yes _____        No \_\_\_X\_\_\_\_

*If you answered "yes" to Question 1, proceed to Question 2. If you answered "no" to Question 1, please sign and date this verdict form.*

Damages:

2. Has Carter proven by a preponderance of the evidence that he sustained compensatory damages resulting from the wrongful conduct of Durant?

    Yes _____        No _____

If yes, indicate the amount of compensatory damages you find to have been proven:

    $_____

*If you answered "yes" to Question 2, proceed to Question 4. If you answered "no" to Question 2, proceed to Question 3.*

3. Is Carter entitled to nominal damages as a result of Durant's wrongful conduct?

   Yes _____ No _____

   If yes, indicate the amount of nominal damages you award:

   $_____

*Proceed to Question 4.*

4. If you have awarded Carter either compensatory or nominal damages, has Carter established by a preponderance of the evidence that Durant should pay punitive damages as a result of his violating Carter's Eighth Amendment rights?

   Yes _____ No _____

   If yes, indicate the amount of punitive damages you award:

   $_____

*You have now completed your deliberations. Please sign and date this verdict form.*

/s/
_____
Foreperson

9-25-24
_____
Date