# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY CARTER<br>*Plaintiff* | : | CIVIL NO. 3:21-CV-00185 (SALM) |
| | | **PLAINTIFFS NOTICE OF APPEAL** |
| V. | : | |
| DURANT, ET AL.<br>*Defendant* | : | OCTOBER 18, 2024 |

Notice is hereby given that Anthony Carter, Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's Judgment entered in this action on September 27, 2024, (ECF No. 128) as well as all other orders merged or incorporated therein.

DATED: October 18, 2024

> RESPECTFULLY SUBMITTED,
> PLAINTIFF,
> ANTHONY CARTER
>
> By: */s/ David R. Kritzman (ct07484)*
> David R. Kritzman (ct07484 )
> Beck & Eldergill, P.C.
> 447 Center Street
> Manchester, CT  06040
> Email: dkritzman@beckeldergill.com
> Phone (860) 646-5606
> Fax (860) 646-0054

## **CERTIFICATION**

I hereby certify that on October 11, 2024 a copy of the foregoing Plaintiff's Notice of Appeal, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David R. Kritzman
Beck & Eldergill